**SEEGER WEISS LLP**
Jonathan Shub (SBN 237708)
jshub@seegerweiss.com.com
1515 Market St., Suite 1380
Philadelphia, PA 19102
Telephone: (215) 564-2300
Facsimile: (215) 569-1606

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARICK DABISH, Individually and on Behalf of All Others Similarly Situated, | Case No. **'13 CV 2048 BTM DHB** |
| Plaintiff, | **CLASS ACTION COMPLAINT** |
| v. | 1. VIOLATIONS OF <u>BUSINESS & PROFESSIONS CODE</u> SECTION 17200 ET SEQ. |
| INFINITELABS, LLC, | 2. VIOLATIONS OF CALIFORNIA <u>CIVIL CODE</u> SECTION 1750 ET SEQ. |
| Defendant. | 3. VIOLATIONS OF THE FALSE ADVERTISING LAW, CALIFORNIA <u>BUSINESS & PROFESSIONS CODE</u> SECTION 17500 ET SEQ. |
| | 4. BREACH OF EXPRESS WARRANTY |

**DEMAND FOR JURY TRIAL**

_____/

## CLASS ACTION COMPLAINT

NOW COMES Plaintiff DARICK DABISH, ("Plaintiff"), by and through his attorneys SEEGER WEISS LLP, individually and on behalf of all others similarly situated, alleges the following:

### NATURE OF THE ACTION

1. This is a civil class action brought individually by Plaintiff and on behalf of a class of persons similarly situated, ("Class Members"), who purchased the dietary supplement Infinite Labs Pro Tribulus (the "Product") from Defendant.

2. The class members are all persons located within the state of California and the United States who purchased the Product.

3. Defendant advertises, manufactures, markets, sells and distributes the Product.

4. Bodybuilding.com ("BB") is an online retailer of the Product.

5. Defendant provides BB, along with numerous other online retailers, with the advertising and marketing language for the Product, as well as the label images.

6.  The dietary supplement industry is a growing and extremely competitive business environment, especially the sports (bodybuilding) supplement segment.

7.  Most companies in this segment distort, if not totally ignore, competent and reliable scientific data regarding their products and ingredients.

8.  The Product is generally categorized as a "Testosterone Boosting/Muscle Building" product and contains the sole ingredient Tribulus Terrestris ("TT").

9.  TT is a flowering plant in the family Zygophyllaceae, native to warm temperate and tropical regions of southern Europe, southern Asia, throughout Africa, and Australia. It is a taprooted herbaceious perennial plant that grows as a summer annual in colder climates.

10.  TT is used as a nutritional supplement, but is highly debated regarding its physiological and actual effects, which are claimed to be an increase in the activation of endogenous testosterone production.

11.  The active compounds in TT are called steroidal saponins. Two types, called furostanol glycosides and spirostanol glycosides, appear to be involved with the effects of TT. These saponins are found primarily in the leaf. In addition, protodioscin is a steroidal saponin compound and also acts as a putative active component of TT. Extracts from TT standardized for

protodioscin content have been demonstrated to produce pro-erectile effects in isolated tissues and aphrodisiac action in several animal species[1].

12. This extract has also been shown to produce statistically significant increases in the levels of the hormones testosterone, dihydrotestosterone, and dehydroepiandrosterone in animal studies[2], but studies in humans have failed to show efficacy and its use remains controversial[3].

13. Tribulus Terrestris is most often used for infertility, erectile dysfunction, and low libido; however, in the last decade, it has become popular to improve sports performance.

14. The extract is claimed to increase the body's natural testosterone levels and thereby improve male sexual performance and help build muscle.

15. Therefore, TT has been marketed on this premise because initial research performed indicated TT to increases levels of the hormones, testosterone (by

---

[1] *See* Gauthaman K, Adaikan P, Prasad R. Aphrodisiac properties of Tribulus Terrestris extract (Protodioscin) in normal and castrated rats. Life Sci. 71:1385-96, 2002.; *See also* Gauthaman K, Ganesan A, Prasad R. Sexual effects of puncturevine (Tribulus terrestris) extract (protodioscin): an evaluation using a rat model. *J Alt Comp Med*, 9:257-65, 2003.

[2] Gauthaman K, Ganesan A. The hormonal effects of Tribulus terresteris and its role in the management of male erectile dysfunction—an evaluation using primates, rabbit, and rat. Phytomedicine, 15:44-54, 2008.

[3] *See* Rowland D, Tai W. A review of plant-derived and herbal approaches to the treatment of sexual dysfunctions. J Sex Mar Ther, 29:185-205, 2003; *See also* McKay D. Nutrients and botanicals for erectile dysfunction: examining the evidence. Alt Med Rev, 9:4-16, 2004.

increasing luteinizing hormone), DHEA, and estrogen. However, the design of these research studies has been questioned.

16. Furthermore, more recent, relevant, and placebo-controlled studies involving TT and resistance training in humans have demonstrated that TT failed to increase testosterone levels or demonstrate increases in muscle mass or strength[4].

17. Defendant uses several false, fraudulent, misleading, unfair and deceptive claims on the label of the Product.

18. Defendant uses several false, fraudulent, misleading, unfair and deceptive claims at the point of purchase for the Product on their website www.infinitelabs.com. (Exhibit A).

19. Defendant uses several false, fraudulent, misleading, unfair and deceptive claims at the point of purchase for the Product on BB's website www.bodybuilding.com. (Exhibit B).

---

[4] *See* Antonio J, Uelmen J, Rodriguez R, Earnest C. The effects of Tribulus terrestris on body composition and exercise performance in resistance-trained males. Int J Sport Nutr Exerc Metab, 10:208-15, 2000.; *See also* Rogerson S, Riches C, Jennings C, Weatherby R, Meir R, Marshall-Gradisnik S. The effect of five weeks of Tribulus terrestris supplementation on muscle strength and body composition during preseason training in elite rugby league players. J Strength Cond Res, 21:348-53, 2007.; *See also* Brown G, Vukovich M, Reifenrath T, Uhl N, Parsons K, Sharp R, King D. Effects of anabolic precursors on serum testosterone concentrations and adaptations to resistance training in young men. Int J Sport Nutr Exer Metab, 10:340-59, 2000.

**CLASS ACTION COMPLAINT**

20. By Defendant's unfair, deceptive, fraudulent, unfair and misleading practices, Plaintiff and Class Members have been unfairly deceived into purchasing the Product.

21. Plaintiff brings this action challenging Defendant's claims relating to the Product on behalf of himself and all others similarly situated, under California's Unfair Competition Law, False Advertising Law, Consumer Legal Remedies Act, and Breach of Express Warranty.

22. Plaintiff seeks an order compelling Defendant to (1) cease marketing the Product using the misleading tactics complained of herein, (2) conduct a corrective advertising campaign, (3) restore the amounts by which Defendant has been unjustly enriched, and (4) destroy all misleading and deceptive materials.

## JURISDICTION AND VENUE

23. This Court has jurisdiction over all causes of action asserted herein.

24. Jurisdiction is proper in this court pursuant to 28 U.S.C. § 1332(d), because there are at least 100 Class Members in the proposed Class, the combined claims of proposed Class Members exceed $5,000,000 exclusive of interest and costs, and at least one Class Member is a citizen of a state other than Defendant's state of citizenship.

25. Plaintiff will likely have evidentiary support after a reasonable opportunity for further investigation or discovery regarding Defendant's sales of the Product during the class period.

26. Venue is proper pursuant to 28 U.S.C. § 1391(a) because a substantial part of the events giving rise to the claims asserted herein occurred in this District.  Venue is proper pursuant to 28 U.S.C. § 1391(c) because Defendant conducts substantial business in this District, has sufficient minimum contacts with this District, and otherwise purposely avail themselves of the markets in this District, through the promotion, sale, and marketing of their Product in this District.

27. Defendant and other out-of-state participants can be brought before this Court pursuant to state and federal law.

## THE PARTIES

28. During the Class period, Plaintiff and Class Members purchased the Product through BB's website www.bodybuilding.com and/or one of the many brick and mortar and online retailers of Defendant's Product throughout the United States.  Plaintiff and Class Members suffered an injury in fact caused by the false, fraudulent, unfair, deceptive and misleading practices set forth in this Complaint.

29. Plaintiff is a resident of the County of San Diego, State of California, and the events set forth in this Complaint took place therein, who, on or about

May 2013, purchased the Product for his own use, and not for resale, from

BB's website.

30. Under information and belief Defendant Infinitelabs, LLC ("Infinite") is a

Florida Limited Liability Company who is authorized to do and, is in fact,

doing business in California, with its principal place of business located at

7208 Sand Lake Rd., Suite 208, Orlando, FL 32819.

## FACTUAL ALLEGATIONS

31. Plaintiff incorporates the foregoing paragraphs as if fully restated herein.

32. Plaintiff Dabish reviewed the Product's label and marketing material prior

to purchasing the Product.

33. Plaintiff Dabish reasonably relied on the information provided by

Defendant when making the decision to purchase the Product.

34. Defendant's claims are false and misleading.

35. Defendant had access, but knowingly and/or recklessly ignored all

competent and reliable scientific evidence regarding the Product's ingredient

Tribulus Terrestris.

*Defendant's Claims Regarding Tribulus Terrestris Enhancing Testosterone*

*Production*

36. Defendant makes the following false and misleading claims regarding TT's ability to enhance or increase testosterone production:

a)  "Advanced LH Production Support" (Exhibit A);

b)  "Support Natural Testosterone Production" (Exhibits A and B); and

c)  "Support LH Production" (Exhibits A and B).

*Animal Studies*

37. In a study in which castrated and intact male rats received three dose levels of TT (11, 42, and 110 mg/kg/day) or testosterone (as a positive control) for 7 and 28 days, respectively, TT was unable to stimulate androgen-sensitive tissues like the prostrate and seminal vesicle in both castrated and intact rats[5]. In addition, none of the three doses of TT administered to intact rats for 28 days was shown to change serum testosterone levels as well as did not produce any qualitative change in the fecal excretion of androgenic metabolites. This study indicated that while TT had a slight effect in castrated rats with low physiological levels of testosterone, TT had no androgenic activity on intact, non-castrated rats (with normal physiological levels of testosterone).

---

[5] Martino-Andrade A, Morais R, Spercoski K, Rossi S, Vechi M, Golin M, Lonbardi N, Greca C, Dalsenter P. Effects of Tribulis terrestris on endocrine sensitive organs in male and female Wistar rats.  J Ethnopharmacol, 127:165-70, 2010.

38. In a study where TT was used to identify its usefulness of erectile dysfunction in rats[6], intact rats received 2.5, 5, or 10 mg/kg/day of TT for 8 weeks.  In addition, castrated rats were treated with either testosterone (10 mg/kg bi-weekly) or TT (5 mg/kg/day) for 8 weeks. There was no change is serum testosterone levels in intact rats with any dosage; however, in castrated rats (given 5 mg/kg/day), there was a significant increase of 25% (compared to 51% increase with testosterone-administered group).

*Human Studies*

39. A study was conducted to determine the influence of TT on androgen metabolism in young males. For 4 weeks, subjects underwent the daily oral ingestion of either placebo or TT at 10 mg/kg or TT at 20 mg/kg[7]. Results demonstrated there to be no significant difference in serum testosterone, androstenedione, or LH between the two TT doses, and that both TT doses were not different than placebo. This study indicates that TT steroid saponins possess neither direct nor indirect androgen-increasing properties.

40. A study conducted in men ages 30-59 provided a product containing alleged testosterone precursors (androstenedione, dehydroepiandrosterone, tribulis

---

[6] Gauthaman K, Ganesan A. The hormonal effects of Tribulus terresteris and its role in the management of male erectile dysfunction—an evaluation using primates, rabbit, and rat. Phytomedicine, 15:44-54, 2008.

[7] Neychev V, Mitev V. The aphrodisiac herb Tribulus terrestris does not influence the androgen production in young men. J Ethnopharmacol, 101:319-23, 2005.

terristeris, saw palmetto, and indole-3 carbinol, chrysin) daily for 4 weeks. The daily amount of TT was 1.35 grams[8].  Results showed that total testosterone levels were unchanged compared to placebo; however, free testosterone, DHT, and estradiol levels were significantly increased. In addition, the experimental herbal product did not prevent the conversion of ingested androstenedione to estradiol and DHT.  However, since TT is not the only compound in this product, it becomes difficult to extrapolate these results to only TT.

### *Defendant's Claims Regarding Tribulus Terrestris-Enhanced Testosterone Production Increases Muscle Mass*

41. Defendant makes the following false and misleading claims regarding TT's ability to enhance or increase muscle mass:

A) "Increase Lean Muscle Naturally" (Exhibit A); and

B) "Growth and Recovery The Athlete's Performance Aid".

*Human Studies*

---

[8] Brown G, Vukovich M, Martini E, Kohut M, Franke W, Jackson D , King D. Effects of androstenedione-herbal supplementation on serum sex hormone concentrations in 30- to 59-year-old men. Int J Vitam Nutr Res. 71:293-301, 2001.

42. In a study designed to determine the effects of TT on body composition and exercise performance in resistance-trained college-age males, subjects were randomly provided either a placebo supplement or TT (3.21 mg/kg/day) for 8 weeks in conjunction with a periodized resistance training program[9]. Results demonstrated that there were no changes in body weight, percent fat, total body water, dietary intake, or mood states in either group. Additionally, muscle endurance and strength significantly increased for both groups, but were not different from one another. This study indicates that 8 weeks of TT supplementation did not enhance body composition or exercise performance in resistance-trained males. The fact that there were no effects on training adaptations helps refute the claim of TT having an anabolic and ergogenic effect when combined with resistance training.

43. A study attempted to determine the effects of TT on muscle strength, fat-free mass, and the urinary testosterone/epitestosterone ratio during 5 weeks of structured resistance training in elite male rugby players[10]. Subjects randomly received either placebo or TT at a daily dose of 450 mg. After 5

[9] Antonio J, Uelmen J, Rodriguez R, Earnest C. The effects of Tribulus terrestris on body composition and exercise performance in resistance-trained males. Int J Sport Nutr Exerc Metab, 10:208-15, 2000.

[10] Rogerson S, Riches C, Jennings C, Weatherby R, Meir R, Marshall-Gradisnik S. The effect of five weeks of Tribulus terrestris supplementation on muscle strength and body composition during preseason training in elite rugby league players. J Strength Cond Res, 21:348-53, 2007.

weeks of supplementation and training, muscle strength and fat-free mass increased significantly in both groups, with no difference occurring between groups. In addition, no between-group differences were noted in the testosterone/epitestosterone ratio.

44. Tribulus Terrestris was combined with other alleged testosterone precursors (androstenedione, dehydroepiandrosterone, saw palmetto, indole-3 carbionol, and chrysin) and supplemented daily for 8 weeks during a program of resistance training in college-age men. The specific dosage of TT was 1.35 grams/day. Results demonstrated that compared to the placebo group, there were no significant increases in muscle strength and serum testosterone. Therefore, the overall results of this study provided evidence that the combination of the compounds did not result in increased serum testosterone concentration, reduce the estrogenic effects of androstenedione, and did not augment the adaptations to resistance training[11].

## RELIANCE AND INJURY

45. Plaintiff incorporates the foregoing paragraphs as if fully restated herein.

---

[11]   Brown G, Vukovich M, Reifenrath T, Uhl N, Parsons K, Sharp R, King D. Effects of anabolic precursors on serum testosterone concentrations and adaptations to resistance training in young men. Int J Sport Nutr Exer Metab, 10:340-59, 2000.

**CLASS ACTION COMPLAINT**

46. When purchasing the Product, Plaintiff was seeking a product that had the qualities described in Defendant's advertising, labeling and marketing.

47. Plaintiff read and relied on the deceptive claims contained herein.

48. Plaintiff believed the Product had the qualities he sought, but the Product was actually unsatisfactory to Plaintiff for the reasons described herein.

49. Plaintiff paid more for the Product, and would have been unwilling to purchase the Product at all, absent the false and misleading labeling complained of herein.  Plaintiff would not have purchased the Product absent these claims and advertisements.

50. For these reasons, the Product was worth less, if it all, than what Plaintiff paid for it.

51. Instead of receiving a product that had actual and substantiated healthful or other beneficial qualities, the Product Plaintiff received was one that does not provide the claimed benefits.

52. Plaintiff lost money as a result of Defendant's deceptive claims and practices in that he did not receive what he paid for when purchasing the Product.

53. Plaintiff altered his position to his detriment and suffered damages in an amount equal to the amount he paid for the Product.

## CLASS ALLEGATIONS

**CLASS ACTION COMPLAINT**

14

54. Plaintiff incorporates the foregoing paragraphs as if fully restated herein.

55. Plaintiff brings this action on his own behalf and as a Class Action Pursuant

to Rule 23 of the Federal Rules of Civil Procedure.  Plaintiff seeks

certification of the following Classes:

California Class: All Persons in the State of California who have spent money purchasing the Product from Defendant from four years from the first-filed complaint in this action until the final disposition of this and any and all related cases.

National Class: All Persons in the United States who have spent money purchasing the Product from Defendant from four years from the first-filed complaint in this action until the final disposition of this and any and all related cases.

56. The abundance of Class Members renders joinder of all Class members

individually, in one action or otherwise, impractical.

57. This action involves questions of law and fact common to Plaintiff and

Class Members including:

(a) Whether Defendant violated the California Civil Code Section 1750 *et seq.*;

(b) Whether Defendant violated the California Business & Professions Code Section 17200 *et seq.*;

(c) Whether Defendant violated the False Advertising Law, Cal. Bus. & Prof. Code Section 17500 *et seq.*;

(d) Whether Defendant breached an express warranty; and

(e) Whether Plaintiff and Class Members sustained damages and, if so, the proper measure of damages, restitution, equitable or other relief, and the amount and nature of such relief.

Excluded from the Class is: (a) any Judge or Magistrate presiding over this action and members of their families; (b) Defendant and any entity in which Defendant has a controlling interest or which has a controlling interest in Defendant and its legal representatives, assigns and successors of Defendant; and (c) all persons who properly execute and file a timely request for exclusion from the Class.

58. *Numerosity*: The Classes are composed of thousands of persons geographically dispersed throughout the State of California and the United States, the joinder of whom in one action is impractical. Moreover, upon information and belief, the Classes are ascertainable and identifiable from Defendant's records.

59. *Commonality*: Questions of law and fact common to the Class exist as to all members of the Class and predominate over any questions affecting only individual members of the Class. These common legal and factual issues include, but are not limited to the following:

(a) Whether Defendant violated the California Civil Code Section 1750 *et seq.*;

(b) Whether Defendant violated the California Business & Professions Code Section 17200 *et seq.*;

(c) Whether Defendant violated the False Advertising Law, Cal. Bus. & Prof. Code Section 17500 *et seq.*;

(d) Whether Defendant breached an express warranty; and

(e) Whether Plaintiff and Class Members sustained damages and, if so, the proper measure of damages, restitution, equitable or other relief, and the amount and nature of such relief.

60. *Typicality*:  Plaintiff's claims are typical of the claims of the members of the Class, as all such claims arise out of Defendant's conduct in manufacturing, marketing, advertising, warranting and selling the Product, Defendant's conduct in concealing material facts regarding the Product, Defendant's false, fraudulent, unfair and misleading claims and Plaintiff's and Class Members' purchasing the Product.

61. *Adequate Representation*: Plaintiff will fairly and adequately protect the interests of the members of the Class and have no interests antagonistic to those of the Class.   Plaintiff has retained counsel experienced in the prosecution of complex class actions, including consumer class actions involving false and misleading advertising, product liability and product design defects.

62. *Predominance and Superiority*:   This class action is appropriate for

certification because questions of law and fact common to the members of the Class predominate over questions affecting only individual members, and a Class action is superior to other available methods for the fair and efficient adjudication of this controversy, since individual joinder of all members of the Class is impracticable.   Should individual Class Members be required to bring separate actions, this Court and Courts throughout California would be confronted with a multiplicity of lawsuits burdening the court system while also creating the risk of inconsistent rulings and contradictory judgments.  In contrast to proceeding on a case-by-case basis, in which inconsistent results will magnify the delay and expense to all parties and the court system, this class action presents far fewer management difficulties while providing unitary adjudication, economies of scale and comprehensive supervision by a single Court.

### **CHOICE OF LAW**
**California's Substantive Law Applies**
**to the Nationwide Class Members**

63. Plaintiff incorporates the foregoing paragraphs as if fully restated herein.

64. California's substantive laws apply to the proposed nationwide Class, as set forth in this complaint, because Plaintiff properly brings this action in this District.  A United States District Court sitting in diversity presumptively applies the substantive law of the State in which it sits.

65. The Court may constitutionally apply California's substantive laws to Plaintiff and Nationwide Class Members' claims under the Due Process Clause of the Fourteenth Amendment, § 1, and the Full Faith and Credit Clause, Art. IV, § 1, of the United States Constitution.  The claims asserted by Plaintiff contain significant contact, or significant aggregation of contacts, to ensure an adequate state interest and supports the choice of California state law as just and reasonable.

66. Defendant conducts substantial business in California providing California with an interest in regulating Defendant's conduct under California laws. Defendant's decision to regularly conduct business in California and avail itself of California's laws render the application of California law to the claims at hand constitutionally permissible.

67. The injury to the Plaintiff and a significant number of proposed Class Members by virtue of the misconduct alleged, occurred in California. Plaintiff resides in California and purchased Defendant's Product in California.  A substantial number of the proposed Nationwide Class reside in California and purchased Defendant's Product in California.

68. The application of California's laws to the proposed Nationwide Class Members is also appropriate under California's choice of law rules because California has significant contacts to the claims of the Plaintiff and the Nationwide Class Members.

# CAUSES OF ACTION

## COUNT I

### Violation of California Business and Professions
### Code § 17200 *et seq.*

### (On Behalf of Plaintiff and the Classes Against Defendant)

69. Plaintiff incorporates the foregoing paragraphs as if fully restated herein.

70. Cal. Bus. & Prof. Code § 17200 prohibits any "unlawful, unfair or fraudulent business act or practice."

71. The acts, omissions, misrepresentations, practices, and non-disclosures of Defendant as alleged herein constitute "unlawful" business acts and practices in that Defendant's conduct violates the False Advertising Law and the Consumer Legal Remedies Act.

72. Defendant's conduct is further "unlawful" because it violates the Federal Food, Drug, and Cosmetic Act and its implementing regulations in at least the following ways:

(1) Defendant's deceptive statements violate 21 U.S.C. § 343(a), which deems food (including nutritional supplements) misbranded when the label contains a statement that is "false or misleading in any particular";

(2) Defendant's deceptive statements violate 21 C.F.R. § 101.14(b)(3(i), which mandates "substances" in dietary supplements consumed must contribute and retain "nutritional value" as defined under 21 C.F.R. § 101.14(a)(2)(3) when consumed at levels necessary to justify a claim.

73. Defendant's conduct is further "unlawful" because it violates The California Sherman Food, Drug, and Cosmetic Law, which incorporates the provisions of the Federal Food, Drug and Cosmetic Act.

74. The acts, omissions, misrepresentations, practices, and non-disclosures of Defendant as alleged herein also constitute "unfair" business acts and practices under the UCL in that Defendant's conduct is immoral, unscrupulous, and offends public policy.  Further, the gravity of Defendant's conduct outweighs any conceivable benefit of such conduct.

75. The acts, omissions, misrepresentations, practices, and non-disclosures of Defendant as alleged herein also constitute "fraudulent" business acts and practices under the UCL in that Defendant's claims are false, misleading, and have a tendency to deceive the Class and the general public.

76. In accordance with Bus. & Prof. Code § 17203, Plaintiff seeks an order enjoining Defendant from continuing to conduct business through unlawful, unfair, and/or fraudulent acts and practices, and to commence a corrective advertising campaign.

77. Plaintiff further seeks an order for the disgorgement and restitution of all monies from the sale of the Defendant's Product, which were acquired through acts of unlawful, unfair, and/or fraudulent competition.

**COUNT II**

**Violation of California Legal Remedies Act**

**Cal. Civ. Code § 1750 *et seq*.**

**(On Behalf of Plaintiff and the Classes Against Defendant)**

78. Plaintiff incorporates the foregoing paragraphs as if fully restated herein.

79. Plaintiff has standing to pursue this claim as Plaintiff has suffered injury in fact and has lost money or property as a result of Defendant's actions as set forth herein.

80. This cause of action is brought on behalf of all people of the State of California and the United States in accordance with the provisions of the California Legal Remedies Act (California Civil Code section 1770).  Class members have lost money or property as a result of Defendant's actions as set forth herein.

81. Defendant's wrongful business practices constituted, and constitute, a continuing course of conduct of violation of the California Legal Remedies Act since Defendant is still representing that the Product has characteristics and abilities which are false and misleading.

82. Defendant's wrongful business practices have caused injury to Plaintiff and the Classes.

83. Pursuant to section 1770 of the California Civil Code, Plaintiff and the Class seek an order of this Court enjoining Defendant from continuing to engage

in unlawful, unfair, or deceptive business practices and any other act

prohibited by law, including those set forth in this Complaint.

84. As a result, Plaintiff, the Class, and the general public are entitled to

injunctive and equitable relief, restitution, and an order for the disgorgement

of the funds by which Defendant was unjustly enriched.

85. Plaintiff and the Classes also seek Punitive Damages since Defendant was

put on notice of its violations of the California Legal Remedies Act and took

no remedial actions.

## COUNT III

### Violation of the False Advertising Law, Business and Professions Code Sections 17500 *et seq.*

**(On Behalf of Plaintiff and the Classes Against Defendant)**

86. Plaintiff incorporates the foregoing paragraphs as if fully restated herein.

87. In violation of Cal. Bus. & Prof. Code § 17500 *et seq.*, the advertisements,

labeling, policies, acts, and practices described herein were designed to, and

did, result in the purchase and use of the Product.

88. Defendant knew and reasonably should have known that the advertising,

marketing and labeling of the Product was untrue and/or misleading.

89. As a result, Plaintiff, the Class, and the general public are entitled to

injunctive and equitable relief, restitution, and an order for the disgorgement

of the funds by which Defendant was unjustly enriched.

## COUNT IV

### Breach of Express Warranty

### (On Behalf of Plaintiff and the Classes Against Defendant)

90. Plaintiff incorporates the foregoing paragraphs as if fully restated herein.

91. Defendant made several different express warranties upon which Plaintiff relied in making his purchase, including the false and misleading claims contained herein.

92. In fact, there is no competent and reliable scientific evidence that support any of Defendant's claims, and actually there is competent and reliable scientific evidence refuting those claims.

93. The Plaintiff and Class Members received a product that did not provide the benefits Defendant's described in their labeling, advertising and marketing.

94. These facts constitute breaches of all applicable express warranties as alleged in this complaint.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff and the Class Members demand judgment in their favor against the Defendant as follows:

a.  A determination that this action proceed as a class action and Plaintiff adequately represents the Class;

b.  An Order requiring Defendant to bear the cost of class notice;

c.  For compensatory, consequential and special damages in amounts proved, as well as statutory damages, including a return of all amounts paid for the Product sold by the Defendant to the Plaintiff and the Class Members;

d.  For interest thereon, in the maximum amount allowable under applicable law;

e.  For delay damages thereon, in the maximum amount allowable under applicable law;

f.  For costs of suit, in the maximum amount allowable under applicable law;

g.  For punitive damages, to the maximum amount permitted under applicable law;

h.  For an award of attorneys' fees and costs, to the maximum amount permitted under applicable law;

i.  For injunctive relief, restraining and enjoining the Defendant from continuing to use these deceptive sales tactics;

j.  For restitution of the funds which were unjustly enriched by Defendant, at the expense of Plaintiff and Class Members; and

k.  For such other and further relief for the Plaintiffs as this Honorable Court shall deem just.

DATED: September 3, 2013

By: /s/Jonathan Shub (SBN 237708)
jshub@seegerweiss.com.com
SEEGER WEISS LLP
1515 Market St., Suite 1380
Philadelphia, PA 19102
Telephone: (215) 564-2300
Facsimile: (215) 569-1606

Attorneys for Plaintiffs

1

**DEMAND FOR JURY TRIAL**

2

Plaintiff and the Class Members demand trial by jury as to all matters and issues

3

triable.

4

5

6

DATED: September 3, 2013

7

8

By: /s/Jonathan Shub (SBN 237708)

9

jshub@seegerweiss.com.com

10

SEEGER WEISS LLP
1515 Market St., Suite 1380

11

Philadelphia, PA 19102
Telephone: (215) 564-2300

12

Facsimile: (215) 569-1606

13

Attorneys for Plaintiffs

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

PRE WORKOUT

About Us
Aggranine
CarnoCre™
FAQs
Infinite Force®
Juggernaut®
Contact Us
Juggernaut®HP
Articles

News

Events
WEIGHT MANAGEMENT
Carnitine MTX™
Videos
Final Form®
Magazine
Oxidize XS®
Forum
Phravl Core™

Gallery

Workouts

Athletes

Medical Advisors

Infinite Kitchen

Ingredients

TESTOSTERONE SUPPORT
Cyclo Bolan± NT
Cyclo Dex™
Cyclo Test™
Cyclo Tren™
Pro DHEA
Pro Tribulus

PROTEIN
Infinite Mass±
Infinite Pro± 100% Whey
Infinite Pro± 100% Whey Isolate
Whey Delite™

RECOVERY
BCAA
BCAA Powder
Cyclo REM±
Glutamine MTX™
Glutamine MTX ™ Powder
MassPort™
Pro Z

ESSENTIALS
Alpha Lipoic Acid
Calcium Pyruvate
Joint Support
Multivitamin - Men
Multivitamin - Women
Ubiquinol
Vitamin B

FIGHTER'S POWER
Pro Fight™

STACKS
Build Muscle Stack
Burn Fat Stack
Endurance Stack
Pre-Fight Stack
Recovery and Health - Men
Recovery and Health - Women
Trial Stack

INFINITE GEAR
Cyclo Test T-Shirt
Dagger Shaker Cup
Dagger T-Shirt
Fighter's Power T-Shirt
Infinite Labs Gym Bag
Joe SWAT T-Shirt
Juggernaut Shaker Cup



# PRO TRIBULUS™

## ADVANCED
# LH PRODUCTION
## SUPPORT*

PRO TRIBULUS™ HELPS TO:

• SUPPORT NATURAL TESTOSTERONE PRODUCTION*

• INCREASE LEAN MUSCLE NATURALLY*

• SUPPORT LH PRODUCTION*

90 capsules        ~~$20.82~~    $12.49

**ADD TO CART**

Join Our Online Community & Save 5%

## INSTANT SAVINGS!

Spend $100    **SAVE 5%**
Spend $200    **SAVE 10%**
Spend $300    **SAVE 15% and Free Shipping**

90 capsules

| Serving Size 1 Capsule | |
| --- | --- |
| Servings Per Container 90 | |
| Amount Per Serving | % DV* |
| Tribulus Extract (45% Saponins)    750mg | ** |
| * (%) Percent Daily Values (DV) are based on a 2,000 calorie diet. | |

** Daily Value (DV) not established. Your Daily Values (DV) may be higher or lower depending on your calories needs.
Other Ingredients:
Silicon Dioxide, Magnesium Stearate.

**Directions:**
Take 1-2 capsules daily, preferably with morning and evening meals, or as recommended by a health care professional.

**Warnings:**
Consult your physician before using this or any other dietary supplement. Do not use if you are pregnant or nursing. Not intended for use by persons under the age of 18. Do not use if tamper resistant seal is broken. Keep Out Of Reach Of Children. Store in a dry place and avoid excessive heat.

**References:**
Brown, GA, Vukovich, MS, Reifenrath, TA, et al. (2000). Effects of anabolic precursors on serum testosterone concentrations and adaptations to resistance training in young men. Int J Vitamin Nutr Res. 10: 340-59.
Brown, GA, Vukovich, MD, Martini, ER, et al. (2001). Effects of androstenedione-herbal supplementation on serum sex hormone concentrations in 30- to 59-year-old men. Int J Vitamin Nutr Res. 71: 293-301.
Gauthaman, K, Adaikan, PG, Prasad, RN (2002). Aphrodisiac properties of Tribulus terrestris extract (protodioscin) in normal and castrated rats. Life Sci. 71: 1385-96.
Gauthaman, K, Ganesan, AP (2008). The hormonal effects of Tribulus terrestris and its role in the management of male erectile dysfunction--an evaluation using primates, rabbit and rat. Phytomedicine. 15: 44-54.
Rogerson, S, Riches, CJ, Jennings, C, et al. (2007). The effect of five weeks of Tribulus terrestris supplementation on muscle strength and body composition during preseason training in elite rugby league players. J Strength Cond Res. 21: 348-53.
THEXTON.COM.AU. TribulusThe masculinity maker. Available at: http://www.thexton.com.au/index1.php?alias_articles&artid_380&temp_fib. Accessed August 10, 2005

## PRODUCT INFORMATION  |  STACKS WELL WITH

Tribulus terrestris is a vine plant that is native to temperate climates in areas of southern Europe, southern Asia, Australia and Africa. It has a long history of uses, from promoting muscle development to supporting overall health. Tribulus has been suggested to stimulate levels of testosterone and luteinizing hormone (LH), while simultaneously supporting energy levels, recovery time and muscle gain. This effect is claimed to be mediated via steroidal saponins within the Tribulus, which allegedly block central testosterone receptors. The active compound in Tribulus is the saponin, protodioscin, which is similar in structure to dehydroepiandrosterone (DHEA).*

Many clinical studies involving Tribulus terrestris consumption in humans have produced equivocal results in regards to the effects it has on testosterone and LH levels. Regardless, Tribulus terrestris has been advocated to promote optimal hormonal levels that can potentially establish the anabolic environment necessary for muscle gain and development.*

# EXHIBIT B

Pro Tribulus by Infinite Labs at Bodybuilding.com Lowest Prices on Pro Tribulus! Page 1 of 4

Case 3:13-cv-02069-Document Filed 08/09/13 Page 33 of 36



United States | Change Country | Help

**BODYBUILDING.COM**
Information. Motivation. Supplementation.

24/7 Customer Service 1-877-991-3411   Contact Us   Need Help?   View Cart

Discounts & Deals - Sign Up!   Search   in: Store   Sut

Like LG Sciences, Christopher Ciccone and 1,571,298 others like this.

Find A Plan | Store | BodySpace | Workouts | Nutrition | Supplementation | Motivation | Forum | More...

Home   Find A Supplement Plan   Brands   Ingredients   Categories   Goals   Top 50   On Sale!   Order Status   My Account   View Cart (0)

Main » Store » Shop By Category » Sports Nutrition & Workout Support » Natural Testosterone Support » Pro Tribulus

Infinite Labs:

## Pro Tribulus

**The Athlete's Performance Aid!***
Supports Natural Testosteron Production!*

**Supported Goal:** Build Muscle
**Main Ingredient:** Tribulus

Click to enlarge.

OVERALL RATING
**9.4** Out of 10
Excellent

Read 11 Infinite Labs
Pro Tribulus Reviews.

Rate Product
Wish List

90 Capsules
~~$20.82~~ **$12.37**

In Stock   Order

**Manufacturer information:**
Infinite Labs Products and Information

**This works well with:**
Gold Standard 100% Whey
Combat Powder
Phase8

Recommend   49 people recommend this. Be the first of your friends.

Infinite Labs Pro Tribulus Product Guide



**INFINITE LABS**
ENERGY  POWER  PASSION

**What's in Infinite Labs Pro Tribulus?**

**90 Capsules**
Serving Size 1 Capsule
Servings Per Container 90

| Amount Per Serving | % DV |
|---|---|
| Tribulus Extract (45% Saponins) 750 mg † | |

† Daily Value (DV) not established

**Other ingredients:**
Silicon Dioxide, Magnesium Stearate.

**Directions For Pro Tribulus:** Take 1-2 capsules daily, preferably with morning and evening meals, or as recommended by a health care professional.

**Warnings:** Consult your physician before using this or any other dietary supplement. Do not use if you are pregnant or nursing. Not intended for use by persons under the age of 18. Do not use if tamper resistant seal is broken. Keep Out Of Reach Of Children. Store in a dry place and avoid excessive heat.

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.*

**Learn more about Tribulus.**

**Check out other Build Muscle Products.**



GROWTH & RECOVERY
# THE ATHLETE'S
# PERFORMANCE AID*

FBB PRO
Stan McQuay

- SUPPORTS NATURAL TESTOSTERONE PRODUCTION*
- HELPS INCREASE LEAN MUSCLE NATURALLY*
- SUPPORTS LH PRODUCTION*

Tribulus terrestris is a vine plant that is native to temperate climates in areas of southern Europe, southern Asia, Australia and Africa. It has a long history of uses, from promoting muscle development to supporting overall health.* Tribulus has been suggested to stimulate levels of testosterone and luteinizing hormone (LH), while simultaneously supporting energy levels, recovery time and muscle gain.* This effect is claimed to be mediated via steroidal saponins within the Tribulus, which allegedly block central testosterone receptors.* The active compound in Tribulus is the saponin, protodioscin, which is similar in structure to dehydroepiandrosterone (DHEA).*

Many clinical studies involving Tribulus terrestris consumption in humans have produced equivocal results in regards to the effects it has on testosterone and LH levels. Regardless, Tribulus terrestris has been advocated to promote optimal hormonal levels that can potentially establish the anabolic environment necessary for muscle gain and development.*

References
1. Brown, GA, Vukovich, MS, Reifenrath, TA, et al. (2000). Effects of anabolic precursors on serum testosterone concentrations and adaptations to resistance training in young men. Int J Vitamin Nutr Res, 10: 340-59.
2. Brown, GA, Vukovich, MD, Martini, ER, et al. (2001). Effects of androstenedione-herbal supplementation on serum sex hormone concentrations in 30- to 59-year-old men. Int J Vitamin Nutr Res. 71: 293-301.
3. Gauthaman, K, Adaikan, PG, Prasad, RN (2002). Properties of Tribulus terrestris extract (protodioscin) in normal and castrated rats. Life Sci. 71: 1385-96.
4. Gauthaman, K, Ganesan, AP (2008). The hormonal effects of Tribulus terrestris: an evaluation using primates, rabbit and rat. Phytomedicine. 15: 44-54.
5. Rogerson, S, Riches, CJ, Jennings, C, et al. (2007). The effect of five weeks of Tribulus terrestric supplementation on muscle strength and body composition during preseason training in elite rugby league players. J Strength Cond Res. 21: 348-53.
6. THEXTON.COM.AU. Tribulus—The masculinity maker. Available at: http://www.thexton.com.au/index1.php?alias_articles&artid_380&temp_lib. Accessed August 10, 2005.



ENERGY POWER PASSION

United States | Brazil | Canada | Australia | Japan | Russia |
Israel | United Kingdom | Singapore | France | India |
Germany | More...

Home | Store | Products | Careers | Help | Contact Us |
Terms of Use | About Us | Checkout | Advertise With Us |
Affiliates

© 2012 BodyBuilding.com, LLC. All rights reserved.

BodyBuilding.com℠ and BodySpace® are trademarks of
BodyBuilding.com, LLC.

© BodyBuilding.com LLC, 2026 S Silverstone Way,
Meridian, ID 83642 USA - 1-877-991-3411

## 14 Members Taking Infinite Labs Pro Tribulus

**Do you use this product?**
Add Infinite Labs Pro Tribulus to your BodySpace profile!

View All 14 Members Report

| charlesful... | rockgoular... | SeraphLeo | JeffC2448 | Larry819 |
|---|---|---|---|---|
|  |  |  |  |  |

## Infinite Labs Pro Tribulus Purchase Information

Order today using our 100% secure server and get it at the lowest prices in the world with our fast, inexpensive 2-3 day shipping! NOBODY beats our overall price!

**90 Capsules**                                                             Wish List

~~$20.82~~ **$12.37**                                  In Stock        Order

## Recommended For You

Customers who have purchased Infinite Labs Pro Tribulus also purchased:
See All Recommendations



SmartShake Presents:
**SmartShake**
The World's Smartest Shaker With 2-3 Storage Compartments!

More Info

20 Oz. - $11.99 ▼

Adela Garcia - Pink & White ▼

Optimum Presents:
**Fish Oil Softgels**
Natural Overall Health Support for a Healthy Heart and Joints!

More Info

100 Softgels - $6.99 ▼

## Do You Use This Product?



Infinite Labs:
## Pro Tribulus

Add To Your BodySpace

Wish List


Rate this product

Discuss on the Forums

Share This

Information. Motivation. Supplementation

**Give Us Feedback:**
Report A Problem
Site Feedback

**Follow Us:**
Twitter
Facebook
RSS Feeds

**Bodybuilding.com Newsletter**
Receive exciting features, news & special offers from Bodybuilding.com

Enter Your Email Address
**Sign Up**

McAfee SECURE™
TESTED DAILY 11-JUNE