Shyamie Dixit, FLBN 719684
Email: sdixit@dixitlaw.com
Dixit Law Firm
3030 North Rocky Point Drive, Suite 260
Tampa, Florida 33607
Tel: (813) 252-3999
Fax: (813) 252-3997
Cell: (813) 992-8118

Eric Anvari, CABN 185292
Email: ericanvari@yahoo.com
Law Office of Eric Anvari
21112 Ventura Boulevard
Woodland Hills CA 91364-2103
Tel: (818) 346-6350
Fax: (866) 780-8077
Attorneys for Defendant Infinite Labs, LLC

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARICK DABISH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INFINITELABS, LLC,<br><br>Defendant. | Case No: 13-CV-2048-BTM-DHB<br><br>**DEFENDANT INFINITELABS, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**<br><br>[Memorandum of Points and Authorities filed concurrently herewith; Proposed Order lodged concurrently herewith]<br><br>Proposed Date: January 31, 2014<br>Time: 11:00 a.m.<br>Judge: Hon. Barry T. Moskowitz<br>Courtroom: 15B (Annex)<br><br>PER CHAMBERS NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |

)
) Date Action Filed: September 3, 2013
) Trial Date: None
)

**TO ALL PARTIES AND THEIR ATTORNEY'S OF RECORD**

**PLEASE TAKE NOTICE THAT** on January 31, 2014, at 11:00 a.m. in Courtroom 15B of the above-captioned court, which is located at 333 West Broadway, San Diego, CA 92101, Defendant INFINITELABS, LLC ("Defendant") will, and hereby does, move for an order, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), granting Defendant's Motion to Dismiss Complaint.

Defendant's Motion is based upon this Notice, the Memorandum of Points and Authorities in Support thereof, Defendant's [proposed] Order, the pleadings and papers contained in the file of which the Court may take judicial notice, and upon any other evidence and argument that may be presented to this Court at the hearing on this matter, if any.

Dated: November 21, 2013.

                              Respectfully Submitted By:

                              /s/ Shyamie Dixit
                              Shyamie Dixit (*admitted Pro Hac*)
                              Florida Bar No. 719684
                              sdixit@dixitlaw.com
                              Dixit Law Firm
                              3030 N. Rocky Point Drive W., Ste. 260
                              Tampa, Florida 33607
                              Cell: (813) 992-8118
                              Fax: (813) 855-8836
                              And,
                              Eric Anvari, CABN 185292
                              ericanvari@yahoo.com
                              Law Office of Eric Anvari
                              21112 Ventura Boulevard, Suite 200
                              Woodland Hills CA 91364-2103

Tel: (818) 346-6350
Fax: (866) 780-8077
Attorneys for Defendant Infinite Labs, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of November 2013, a true and correct copy of the foregoing has been served on the following counsel in the manner indicated:

/s/ Shyamie Dixit_____
Shyamie Dixit, Attorney

**Via E-mail**

Jonathan Shub
jshub@seegerweiss.com
SEEGER WEISS LLP
1515 Market St., Suite 1380
Philadelphia, PA 19102

Attorneys for Plaintiff DARICK DABISH